Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116
(334)538-3841

Nikki Chance   EMP # 00000059
CHECK DATE 03/24/2017   CHECK # E02723
PAY PERIOD 03/15/17 TO 03/21/17   PAY FREQUENCY Weekly
Base Pay Rate $9.25

| EARNINGS | RATE | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 36:59 | 414:16 | 339.01 | 3,831.96 |
| Overtime Hours | | | 6:19 | | 87.66 |
| PTO | | | 16:00 | | 148.00 |

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 15.90 | 169.51 |
| State S 2 | +0.00 | FICA | 21.02 | 252.18 |
| | | Medicare | 4.92 | 58.99 |
| | | AL State | 11.64 | 139.55 |

| TOTAL EARNINGS | | 436:35 | $339.01 | $4,067.62 |
|---|---|---|---|---|

| TOTAL WITHHOLDINGS | | $53.48 | $620.23 |
|---|---|---|---|

| ADJUSTMENTS | COMMATCH | COMMATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 507.00 |
| TOTAL DED | | | $40.00 | $507.00 |

| NET PAY | AMOUNT | YTD AMOUNT |
|---|---|---|
| | $247.53 | $2,940.41 |

DIRECT DEPOSIT INFORMATION

Checking   ***7568   247.53

| ACCRUAL | EARNED | TAKE | BALANCE |
|---|---|---|---|
| PTO | | | -40:00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 03/24/2017 | E02723 |

61-7595/2622
AMOUNT
$ 0.00

PAY   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***
TO THE
ORDER

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

3241 Bell Road
Montgomery, AL 36116

(334)538-3841

Nikki Chance  EMP # 00000059
CHECK DATE 03/17/2017   CHECK # E02707
PAY PERIOD 03/08/17 TO 03/14/17   PAY FREQUENCY Weekly
Base Pay Rate $9.25

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 40.00 | 377.37 | 370.00 | 3,492.95 |
| Overtime Hours | | 1.03 | 6.19 | 14.57 | 87.66 |
| PTO | | | 16.00 | | 148.00 |

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 18.72 | 155.61 |
| State S 2 | +0.00 | FICA | 23.84 | 231.16 |
| | | Medicare | 5.58 | 54.07 |
| | | AL State | 13.68 | 127.89 |

| TOTAL EARNINGS | | | 399.56 | $384.57 | $3,728.61 |

| ADJUSTMENTS | CO MATCH | CO MATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 467.00 |
| TOTAL DED | | | $40.00 | $467.00 |

TOTAL WITHHOLDINGS  $61.82  $568.73

| NET PAY | AMOUNT | YTD AMOUNT |
|---|---|---|
| | $282.75 | $2,692.88 |

DIRECT DEPOSIT INFORMATION

Checking  ***7568  282.75

| ACCRUAL | EARNED | TAKE | BALANCE |
|---|---|---|---|
| PTO | | | -40.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 03/17/2017 | E02707 |

61-7595/2622

AMOUNT
$ 0.00

PAY TO THE ORDER  ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING  BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT

3241 Bell Road
Montgomery, AL 36116

(334)538-3841

Nikki Chance   EMP # 00000059
CHECK DATE 03/10/2017   CHECK # E02691
PAY PERIOD 03/01/17 TO 03/07/17   PAY FREQUENCY Weekly
Base Pay Rate $9.25

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 40:00 | 337:37 | 370.00 | 3,122.95 |
| Overtime Hours | | 1:20 | 5:16 | 18.50 | 75.09 |
| PTO | | | 16:00 | | 148.00 |

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 19.31 | 136.89 |
| State S 2 | +0.00 | FICA | 24.09 | 207.32 |
| | | Medicare | 5.63 | 48.49 |
| | | AL State | 13.84 | 114.21 |

| TOTAL EARNINGS | | 358:33 | $389.50 | $3,344.04 |
|---|---|---|---|---|

TOTAL WITHHOLDINGS     $62.87     $506.91

| ADJUSTMENTS | CO MATCH | CO MATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 427.00 |
| TOTAL DED | | | $40.00 | $427.00 |

NET PAY     AMOUNT  $285.63     YTD AMOUNT  $2,410.13

DIRECT DEPOSIT INFORMATION

Checking   ***7568   285.63

| ACCRUAL | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| PTO | | | -40.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 03/10/2017 | E02691 |

61-7595/2622

AMOUNT  $ 0.00

PAY TO THE ORDER   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COPIED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**Bell Road Pre-School**
3241 Bell Road
Montgomery, AL 36116
(334)538-3841

Nikki Chance   EMP # 00000059
CHECK DATE 03/03/2017   CHECK # E02675
PAY PERIOD 02/22/17 TO 02/28/17   PAY FREQUENCY Weekly
Base Pay Rate $9.25

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 40:00 | 297:37 | 330.00 | 2,752.95 |
| Overtime Hours | | 1:02 | 3:56 | 14.54 | 54.59 |
| PTO | | | 16:00 | | 148.00 |

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 18.68 | 117.58 |
| State S 2 | +0.00 | FICA | 23.83 | 183.23 |
| | | Medicare | 5.57 | 42.86 |
| | | AL State | 13.67 | 100.37 |

**TOTAL EARNINGS**  317:33   $384.34   $2,955.54

**TOTAL WITHHOLDINGS**   $61.75   $444.04

| ADJUSTMENTS | CO MATCH | CO MATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 387.00 |
| TOTAL DED | | | $40.00 | $387.00 |

NET PAY   AMOUNT $282.59   YTD AMOUNT $2,124.50

**DIRECT DEPOSIT INFORMATION**
Checking   ***7568   282.59

| ACCRUAL | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| PTO | | | -40.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Bell Road Pre-School**
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 03/03/2017 | E02675 |

61-7595/2622
**AMOUNT**
$ 0.00

PAY   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***
TO THE
ORDER

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT

3241 Bell Road
Montgomery, AL 36116

(334)538-3841

Nikki Chance    EMP # 00000059
CHECK DATE 02/10/2017    CHECK # E02627
PAY PERIOD 02/01/17 TO 02/07/17    PAY FREQUENCY Weekly
Base Pay Rate 99.25

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 32.51 | 189:53 | 305.86 | 1,756.42 |
| Overtime Hours | | | 1:28 | | 20.36 |
| PTO | | | 16:00 | | 148.00 |

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 10.39 | 73.73 |
| State S 2 | +0.00 | FICA | 18.84 | 119.33 |
| | | Medicare | 4.41 | 27.92 |
| | | AL State | 10.06 | 64.87 |

| TOTAL EARNINGS | | | 207:21 | $305.86 | $1,924.78 |
|---|---|---|---|---|---|

| TOTAL WITHHOLDINGS | | | 43.70 | 285.85 |
|---|---|---|---|---|

| DEDUCTIONS | COMATCH | COMATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 267.00 |
| TOTAL DED | | | $40.00 | $267.00 |

| NET PAY | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | | $220.16 | $1,371.93 |

DIRECT DEPOSIT INFORMATION

| Checking | ***7568 | 220.16 | |
|---|---|---|---|

| ACCRUAL | EARNED | TAKE | BALANCE |
|---|---|---|---|
| PTO | | | -40.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 02/10/2017 | E02627 |

61-7595/2622
AMOUNT
$ 0.00

PAY TO THE ORDER    ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

MP
DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

(334)538-3841

| EARNINGS | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Regular Hours | 40:00 | 239:53 | 370.00 | 2,126.42 |
| Overtime Hours | 1:26 | 2:54 | 19.89 | 40.25 |
| PTO | | 16.00 | | 148.00 |

| TOTAL EARNINGS | | 248:47 | $389.89 | $2,314.67 |
|---|---|---|---|---|

| ADJUSTMENTS | CO MATCH | CO MATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 307.00 |
| TOTAL DED | | | $40.00 | $307.00 |

Nikki Chance   EMP # 00000059
CHECK DATE 02/17/2017   CHECK # E02643
PAY PERIOD 02/08/17 TO 02/14/17
Base Pay Rate $9.25              PAY FREQUENCY Weekly

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 19.52 | 93.25 |
| State S 2 | +0.00 | FICA | 24.17 | 143.50 |
| | | Medicare | 5.65 | 33.57 |
| | | AL State | 13.90 | 78.77 |

| TOTAL WITHHOLDINGS | | $63.24 | $349.09 |
|---|---|---|---|
| NET PAY | | AMOUNT | YTD AMOUNT |
| | | $286.65 | $1,658.58 |

DIRECT DEPOSIT INFORMATION

Checking   ***7568   286.65

| ACCRUAL | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| PTO | | | +40:00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 02/17/2017 | E02643 |

61-7595/2622
AMOUNT
$ 0.00

PAY TO THE ORDER   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116
(334)538-3841

Nikki Chance  EMP # 00000059
CHECK DATE 02/24/2017   CHECK # E02659
PAY PERIOD 02/15/17 TO 02/21/17   PAY FREQUENCY Weekly
Base Pay Rate $9.25

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 27.44 | 257.57 | 256.53 | 2,382.95 |
| Overtime Hours | | | 2.54 | | 40.25 |
| PTO | | | 16.00 | | 148.00 |

| FILING STATUS | | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Federal | S 2 | +0.00 | Federal | 5.65 | 98.90 |
| State | S 2 | +0.00 | FICA | 15.90 | 159.40 |
| | | | Medicare | 3.72 | 37.29 |
| | | | AL State | 7.93 | 86.70 |

| TOTAL EARNINGS | | 276:31 | $256.53 | $2,571.20 |
|---|---|---|---|---|

| ADJUSTMENT | CO MATCH | CO MATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 347.00 |
| TOTAL DED | | | $40.00 | $347.00 |

| TOTAL WITHHOLDINGS | | $33.20 | $382.29 |
|---|---|---|---|

| NET PAY | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | | $183.33 | $1,841.91 |

DIRECT DEPOSIT INFORMATION

| | | | |
|---|---|---|---|
| Checking | ***7568 | 183.33 | |

| ACCRUAL | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| PTO | | | -40.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 02/24/2017 | E02659 |

61-7595/2622

AMOUNT
$ 0.00

PAY TO THE ORDER   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

3241 Bell Road
Montgomery, AL 36116

(334)538-3841

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 40:00 | 157:02 | 370.00 | 1,452.56 |
| Overtime Hours | | 0:12 | 1:28 | 2.78 | 20.36 |
| PTO | | | 16:00 | | 148.00 |

Nikki Chance EMP # 00000059
CHECK DATE 02/03/2017  CHECK # E02611
PAY PERIOD 01/25/17 TO 01/31/17
Base Pay Rate $9.25  PAY FREQUENCY Weekly

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 17.28 | 63.34 |
| State S 2 | +0.00 | FICA | 23.11 | 100.49 |
| | | Medicare | 5.41 | 23.51 |
| | | AL State | 13.16 | 54.81 |

**TOTAL EARNINGS**  174:30  $372.78  $1,620.92

| ADJUSTMENTS | COMPANY | COMPANY YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 67.00 | 227.00 |
| **TOTAL DED** | | | **$67.00** | **$227.00** |

**TOTAL WITHHOLDINGS**   $58.96   $242.15

NET PAY          AMOUNT   YTD AMOUNT
                $246.82   $1,151.77

DIRECT DEPOSIT INFORMATION
Checking  ***7568  246.82

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| PTO | | | -40:00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 02/03/2017 | E02611 |

61-7595/2622
**AMOUNT**
$ 0.00

PAY TO THE ORDER   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

241 Bell Road
Montgomery, AL 36116

Nikki Chance EMP # 00000059
CHECK DATE 01/20/2017  CHECK # E02581
PAY PERIOD 01/11/17 TO 01/17/17  PAY FREQUENCY Weekly
Base Pay Rate $9.25

(334)538-3841

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular Hours | | 20:43 | 77:02 | 191.63 | 712.56 |
| PTO | | | 16:00 | | 148.00 |

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | | 26.89 |
| State S 2 | +0.00 | FICA | 11.88 | 53.55 |
| | | Medicare | 2.78 | 12.48 |
| | | AL State | 4.97 | 27.84 |

TOTAL EARNINGS  93:02  $191.63  $860.56

| DEDUCTIONS | CO MATCH | CO MATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 120.00 |
| TOTAL DED | | | $40.00 | $120.00 |

TOTAL WITHHOLDINGS  $19.63  $120.56

NET PAY  AMOUNT  YTD AMOUNT
          $132.00  $620.00

DIRECT DEPOSIT INFORMATION
Checking ***7568  132.00

| ACCRUAL | EARNED | USED | BALANCE |
|---|---|---|---|
| PTO | | | -40:00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 01/20/2017 | E02581 |

61-7595/2622
AMOUNT
$ 0.00

PAY TO THE ORDER  ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116
(334)338-3841

Nikki Chance    EMP # 00000059
CHECK DATE 01/06/2017    CHECK # E02552
PAY PERIOD 12/28/16 TO 01/03/17    PAY FREQUENCY Weekly
Base Pay Rate $9.25

| EARNINGS | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Regular Hours | 23.34 | 23.34 | 217.99 | 217.99 |
| PTO | 16.00 | 16.00 | 148.00 | 148.00 |

| FILING STATUS | | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 16.60 | 16.60 |
| State S 2 | +0.00 | FICA | 22.69 | 22.69 |
| | | Medicare | 5.31 | 5.31 |
| | | AL State | 12.85 | 12.85 |

| TOTAL EARNINGS | 39:34 | 39:34 | $365.99 | $365.99 |
|---|---|---|---|---|

| ADJUSTMENTS | CO MATCH | CO MATCH YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 40.00 |
| TOTAL DED | | | $40.00 | $40.00 |

TOTAL WITHHOLDINGS    $57.45    $57.45

| NET PAY | AMOUNT | YTD AMOUNT |
|---|---|---|
| | $268.54 | $268.54 |

DIRECT DEPOSIT INFORMATION

Checking  ***7568   268.54

| ACCRUAL | EARNED | TAKEN | BALANCE |
|---|---|---|---|
| PTO | | 16:00 | -40:00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 01/06/2017 | E02552 |

61-7595/2622
AMOUNT
$ 0.00

PAY   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***
TO THE
ORDER

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

3241 Bell Road
Montgomery, AL 36116

(334)538-3841

| EARNINGS | HOURS | YTD HOURS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Regular Hours | 40:00 | 117:02 | 370.00 | 1,082.56 |
| Overtime Hours | 1:16 | 1:16 | 17.58 | 17.58 |
| PTO | | 16:00 | | 148.00 |

Nikki Chance  EMP # 00000059
CHECK DATE 01/27/2017   CHECK # E02595
PAY PERIOD 01/18/17 TO 01/24/17   PAY FREQUENCY Weekly
Base Pay Rate $9.25

| FILING STATUS | EXEMPT | | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Federal S 2 | +0.00 | Federal | 19.17 | 46.06 |
| State S 2 | +0.00 | FICA | 24.03 | 77.38 |
| | | Medicare | 5.62 | 18.10 |
| | | AL State | 13.81 | 41.65 |

**TOTAL EARNINGS**   134:18   $387.58   $1,248.14

| ADJUSTMENTS | COMMENTS | COMMENTS YTD | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| Child Care | | | 40.00 | 160.00 |
| TOTAL DED | | | $40.00 | $160.00 |

**TOTAL WITHHOLDINGS**   $62.63   $183.19

**NET PAY**   AMOUNT $284.95   YTD AMOUNT $904.95

DIRECT DEPOSIT INFORMATION
Checking   ***7568   284.95

| VACATION | EARNED | USED | BALANCE |
|---|---|---|---|
| PTO | | | -40:00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

Bell Road Pre-School
3241 Bell Road
Montgomery, AL 36116

Max Credit Union
Montgomery, AL

| DATE | CHECK NO. |
|---|---|
| 01/27/2017 | E02595 |

61-7595/2622

**AMOUNT**   $ 0.00

PAY TO THE ORDER   ***VOID***VOID*** THIS IS NOT A CHECK ***VOID***VOID***

Nikki H Chance
2769 Pelzer Ave
Montgomery, AL 36109

AUTHORIZED SIGNATURE(S)
VOID AFTER 90 DAYS

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT