UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17–31006
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Christopher R. Chance and Nikki H. Chance,

　　Debtors.

## NOTICE

Notice of Submission Error requiring refiling. This motion does not require the negative language paragraph. Please file a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)73 Motion for Relief From Stay). Corrected filing due by 5/16/2018. (DR)

Dated May 9, 2018

*Juan-Carlos Guerrero* (signature)

Juan–Carlos Guerrero
Clerk of Court